IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT C. LARSON,<br><br>Defendant. | CR 03-88-BLG-SPW<br><br>ORDER |

On September 23, 2024, Defendant Robert C. Larson motioned this Court for Early Termination of Supervised Release. (Doc. 213). U.S. Probation Officer Timothy Lowrance does not object and the Government did not respond.

Therefore, pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Robert C. Larson's supervised release is terminated as of the date of this Order.

The Clerk shall notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 22nd day of October, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge